395 A.2d 1002

Commonwealth v. Brinton, Appellant.

466

Submitted September 12, 1977. H. Edward Solum, Jr., for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.